| Date | BOL No. | Customer | HQA ID | Item | Mill | SAC ID | PCS | LB | Price | Amount | HQA 15% | Payment to SAC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/15 | 4933 | Alliance | 444644 | 4130 9" | DC | T417208230001 | 1 | 4,277 | 0.79 | 3,378.83 | 506.82 | $2,872.01 | SAC can't confirm HQA payment for this bar. |
| 1/15 | 4933 | Alliance | 447865 | 4130 17" | VC | T417208230013 | 1 | 14,815 | 0.8 | 11,852.00 | 1,777.80 | $10,074.20 | |
| 1/21 | 4937 | Five Star | 443883 | 4140 14.5" | SD | 1972044-01 | 1 | 10,542 | 0.78 | 8,222.76 | 1,233.41 | $6,989.35 | |
| 1/21 | 4937 | Five Star | 443902 | 4140 14.5" | SD | 1972045-01 | 1 | 10,970 | 0.78 | 8,556.60 | 1,283.49 | $7,273.11 | |
| 2/2 | 4939 | Holbert | | 4140 3.25" | SeAH | | | 10,463 | 0.72 | 7,533.36 | 1,130.00 | $6,403.36 | |
| 2/5 | 4963 | OSS | 449813 | 4130 13" | QI | 20180105-2-05 | 1 | 10,582 | 0.71 | 7,513.22 | 1,126.98 | $6,386.24 | |
| 3/1 | 4994 | RET | 442062 | 4130 12.50" X 2.00" | HU | T417208230001 | Many | 6,530 | 1.01 | 6,595.30 | 989.30 | $5,606.01 | |
| 3/1 | 4994 | RET | 442063 | 4130 12.50" X 2.00" | HU | T417208230013 | Many | 6,645 | 1.01 | 6,711.45 | 1,006.72 | $5,704.73 | |
| 3/1 | 4994 | RET | 442077 | 4130 12.50" X 2.00" | HU | T417208230016 | Many | 6,526 | 1.01 | 6,591.26 | 988.69 | $5,602.57 | |
| 3/1 | 4994 | RET | 442100 | 4130 12.50" X 2.00" | HU | T417208230008 | Many | 6,596 | 1.01 | 6,661.96 | 999.29 | $5,662.67 | |
| 3/1 | 4994 | RET | 442122 | 4130 12.50" X 2.00" | HU | T417208230005 | Many | 6,570 | 1.01 | 6,635.70 | 995.36 | $5,640.35 | |
| 3/1 | 4994 | RET | 442142 | 4130 12.50" X 2.00" | HU | T417208230007 | Many | 6,614 | 1.01 | 6,680.14 | 1,002.02 | $5,678.12 | |
| 3/1 | 4994 | RET | 443018 | 4130 12.50" X 2.00" | HU | T417208230012 | Many | 6,534 | 1.01 | 6,599.34 | 989.90 | $5,609.44 | |
| 3/1 | 4995 | RET | 447116 | 4140 8.50" X 1.125" | HU | T218060230003 | 2 | 4,762 | 0.96 | 4,571.52 | 685.73 | $3,885.79 | |
| 3/5 | 5004 | FOX Metal | 450291 | 4130 19" | SD | 2037088-01 | 1 | 18,880 | 0.81 | 15,292.80 | 2,293.92 | $12,998.88 | |
| 3/5 | 5005 | FOX Metal | 450310 | 4130 19" | SD | 2037697-01 | 1 | 17,134 | 0.81 | 13,878.54 | 2,081.78 | $11,796.76 | |
| 3/5 | 5006 | FOX Metal | 450327 | 4130 19" | SD | 2037089-01 | 1 | 18,779 | 0.81 | 15,210.99 | 2,281.65 | $12,929.34 | |
| 3/8 | 5015 | SAS | 447220 | 4140 6.75" X 2.75" | HU | T218060730001 | 2 | 4,224 | 0.96 | 4,055.04 | 608.26 | $3,446.78 | |
| 3/8 | 5015 | SAS | 447468 | 4140 6.75" X 2.75" | HU | T218060730002 | 2 | 4,039 | 0.96 | 3,877.44 | 581.62 | $3,295.82 | |
| 3/10 | 5017 | OSS | 448059 | 4140 10" | DC | 12334 | 1 | 6,305 | 0.77 | 4,854.85 | 728.23 | $4,126.62 | |
| 3/10 | 5017 | OSS | 448071 | 4140 10" | DC | 12334/1 | 1 | 6,305 | 0.77 | 4,854.85 | 728.23 | $4,126.62 | |
| 3/10 | 5017 | OSS | 448448 | 4140 10" | DC | 12335 | 1 | 6,327 | 0.77 | 4,871.79 | 730.77 | $4,141.02 | |
| 3/10 | 5017 | OSS | 448486 | 4140 10" | DC | 12335/1 | 1 | 6,327 | 0.77 | 4,871.79 | 730.77 | $4,141.02 | |
| 3/10? | 5021 | Sigam | 449814 | 4130 16" | QI | 20180105-2-10 | 1 | 10,781 | 0.71 | 7,654.51 | 1,148.18 | $6,506.33 | |
| 3/12 | 5024 | Pride | 448066 | 4140 12" | DC | 12113 | 1 | 8,135 | 0.77 | 6,263.95 | 939.59 | $5,324.36 | |
| 3/11 | 5026 | OSS | 447795 | 4130M 12.75" X 1.25" | HU | T418091800001 | 1 | 4,533 | 1.01 | 4,578.33 | 686.75 | $3,891.58 | |
| 3/11 | 5027 | OSS | 449681 | 4140 3.25" | SG | E18S3K13680005 | 6 | 3,955 | 0.72 | 2,847.60 | 427.14 | $2,420.46 | |
| 3/11 | 5027 | OSS | 449787 | 4140 3.25" | SG | E18S3K13680001 | 8 | 5,273 | 0.72 | 3,796.56 | 569.48 | $3,227.08 | |
| 3/16 | ? | ? | 448274? | 4130 10" | DC | 12707 | 1 | 6,173 | 0.79 | 4,876.67 | 731.50 | $4,145.17 | We added on 3/22. |
| 3/17 | 5046 | FOX Metal | 446334 | 4140 10" | SD | 1978228-01 | 1 | 4,572 | 0.78 | 3,566.16 | 534.92 | $3,031.24 | |
| 3/17 | 5046 | FOX Metal | 446419 | 4140 10" | SD | 1972555-01 | 1 | 4,528 | 0.78 | 3,531.84 | 529.78 | $3,002.06 | |
| 3/18 | ? | ? | 450759? | 4130 12.5" | SD | 2075547-01 | 1 | 7,602 | 0.81 | 6,157.62 | 923.64 | $5,233.98 | We added on 3/22. |
| | | | | | | | | 256,298 | | 213,144.77 | 31,971.72 | $181,173.05 | |

Paid on 3/19    $62,000.00

**Need to be paid within 3/22**    **$119,173.05**

EXHIBIT A