**EXHIBIT B**

- · · · Need to confirm
- · · · HQA ID seems SAC property.
- · · · SAC Property

as of Mar 21

| Shipped date | HQA ID | Item | Qty | Remark | Picture | Property | HQA BOL | SAC ID | Mill | Grade | Sie | Qty | LBS | Sale@ | Sales amount | Payment amount from HQA (Sales amount x 85%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/13/2021 | ? | Big bar | 3 | HQA said these were HQA property on 1/15. We need HQA BOL/Packing list for confirmation. | | HQA | | | | | | | | | - | |
| 1/15/2021 | ? | Small bar | 1 | HQA said these were HQA property on 1/28. We need HQA BOL/Packing list for confirmation. | | HQA | | | | | | | | | - | |
| 1/15/2021 | 444644 | 4130 9" | 1 | On 1/28, HQA said they already paid to us, but we couldn't confirm it after SAC internal check. Asking back to HQA on 2/12, 2/22, 2/25, but no reply. | | SAC | 4933 | H00000096891 | DC | 4130 | 09.00I | 1 | 4,277 | 0.79 | 3,378.83 | 2,872.01 |
| | ? | Big bar | 2 | HQA said these were HQA property on 1/28. We need HQA BOL/Packing list for confirmation. | | HQA | | | | | | | | | - | |
| | 447865 (Ref no.: 561255) | 4130 17" | 1 | On 1/28, HQA said this was SAC property. They sent us shipping information on 2/1. | | SAC | 4933 | 561255 | VC | 4130 | 17.00I | 1 | 14,815 | 0.8 | 11,852.00 | 10,074.20 |
| 1/20/2021 | ? | Big bar | 1 | HQA said these were HQA property on 1/22. We need HQA BOL/Packing list for confirmation. | | HQA | | | | | | | | | - | |
| 1/21/2021 | 443883 443902 | 4140 14.5" | 2 | On 1/28, HQA said this was SAC property. They sent us shipping information on 2/1. | | SAC | 4937 | 1972044-01 | SD | 4140 | 14.50I | 1 | 10,542 | 0.78 | 8,222.76 | 6,989.35 |
| | | | | | | SAC | 4937 | 1972045-01 | SD | 4140 | 14.50I | 1 | 10,970 | 0.78 | 8,556.60 | 7,273.11 |

- - - Need to confirm
- - - HQA ID seems SAC property.
- - - SAC Property

as of Mar 21

| Shipped date | HQA ID | Item | Qty | Remark | Picture | Property | HQA BOL | SAC ID | Mill | Grade | Sie | Qty | LBS | Sale@ | Sales amount | Payment amount from HQA (Sales amount x 85%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/25/2021 | ? | Small bar | 14 | HQA said these were HQA property on 1/28. We need HQA BOL/Packing list for confirmation. | | HQA | | | | | | | | | - | |
| 1/27/2021 | ? | Small bar | 3 | HQA said these were HQA property on 1/28. We need HQA BOL/Packing list for confirmation. | | HQA | | | | | | | | | - | |
| 2/2/2021 | ? | 4140 3.25" | 16 | HQA said these SAC our property and sent us shipping documents on 3/19. We can't confirm mill tag number, so we need it. | | SAC | 4939 | ? | SeAH | 4140 | 3.25" | ? | 10,463 | 0.72 | 7,533.36 | 6,403.36 |
| 2/3/2021 | ? | Big bar | 1 | HQA said these are HQA property on 3/19. We need HQA BOL/Packing list for confirmation. | | HQA | | | | | | | | | - | |
| 2/3/2021 | 450739? | 4130 20" | 1 | HQA said these are HQA property on 3/19. However we found HQA ID on the items, and it seems our property. We need to confirm if this is actually HQA property or not. | | SAC? | | 2075562-01 | SD | 4130 | 20.00I | 1 | 21,244 | 0.81 | 17,207.64 | 14,626.49 |
| 2/3/2021 | 450431? | 4130 11" | 1 | | | SAC? | | 13945 | DC | 4130 | 11.00I | 1 | 6,085 | 0.79 | 4,807.15 | 4,086.08 |
| 2/3/2021 | ? | Big bar | 2 | HQA said these are HQA property on 3/19. We need HQA BOL/Packing list for confirmation. | | HQA | | | | | | | | | - | |
| 2/3/2021 | ? | Big pipe | 2 | | | HQA | | | | | | | | | - | |
| 2/3/2021 | ? | Small pipe | 3 | | | HQA | | | | | | | | | - | |
| 2/3/2021 | ? | Small bar | 3 | | | HQA | | | | | | | | | - | |

|   |   |   | | | Need to confirm | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|   |   |   | | | HQA ID seems SAC property. | | | | | | | | | | |
|   |   |   | | | SAC Property | | | | | | | | as of Mar 21 | | |

| Shipped date | HQA ID | Item | Qty | Remark | Picture | Property | HQA BOL | SAC ID | Mill | Grade | Sie | Qty | LBS | Sale@ | Sales amount | Payment amount from HQA (Sales amount x 85%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/4/2021 | ? | Small bar | 1 | There was different item in HQA list on 3/19. HQA said HQA ID 449813 shipped on 2/5 below. We need to confirm if this bar is HQA or SAC property. |  | ? |  |  |  |  |  |  |  |  | - |  |
| 2/4/2021 | 449813 | 4130 13" | 1 | HQA said these SAC our property and sent us shipping documents on 3/19. | X | SAC | 4963 | 20180105-2-05 | QI | 4130 | 13" | 1 | 10,582 | 0.71 | 7,513.22 | 6,386.24 |
| 3/1/2021 | 447116 | 4140 8.50" X 1.125" | 2 | HQA said these SAC our property and sent us shipping documents on 3/19. |  | SAC | 4995 | T218060230003 | HU | 4140 | 8.50" X 1.125" | 2 | 4,762 | 0.96 | 4,571.52 | 3,885.79 |
| 3/1/2021 | 442062 442063 442077 442100 442122 442142 443018 | 4130 12.50" X 2.00" | Many | HQA said these SAC our property and sent us shipping documents on 3/19. |  | SAC | 4994 | T417208230001 T417208230013 T417208230016 T417208230008 T417208230005 T417208230007 T417208230012 | HU | 4130 | 12.50" X 2.00" | - | 46,015 | 1.01 | 46,475.15 | 39,503.88 |
| 3/5/2021 | ? | Pipe | 1 | HQA said these are HQA property on 3/19. We need HQA BOL/Packing list for confirmation. |  | HQA |  |  |  |  |  |  |  |  | - |  |
|  | ? | Small bar | 2 |  |  | HQA |  |  |  |  |  |  |  |  | - |  |
| 3/5/2021 | 450310 | 4130 19" | 1 | HQA said these SAC our property and sent us shipping documents on 3/19. |  | SAC | 5005 | 2037697-01 | SD | 4130 | 19" | 1 | 17,134 | 0.81 | 13,878.54 | 11,796.76 |
|  | - | Small bar | 3 | HQA said these are HQA property on 3/19. We need HQA BOL/Packing list for confirmation. |  | HQA |  |  |  |  |  |  |  |  | - |  |

|   | | | | | | | | | •••Need to confirm | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|   | | | | | | | | | •••HQA ID seems SAC property. | | | | | | | | |
|   | | | | | | | | | •••SAC Property | | | | | | as of Mar 21 | | |
| Shipped date | HQA ID | Item | Qty | Remark | Picture | Property | HQA BOL | SAC ID | Mill | Grade | Sie | Qty | LBS | Sale@ | Sales amount | Payment amount from HQA (Sales amount x 85%) |
| 3/5/2021 | 450291 | 4130 19" | 1 | HQA said these SAC our property and sent us shipping documents on 3/19. |  | SAC | 5004 | 2037088-01 | SD | 4130 | 19.00I | 1 | 18,880 | 0.81 | 15,292.80 | 12,998.88 |
|  | 450327 | 4130 19" | 1 |  |  | SAC | 5006 | 2037089-01 | SD | 4130 | 19.00I | 1 | 18,779 | 0.81 | 15,210.99 | 12,929.34 |
| 3/5/2021 | ? | Big bar | 4〜5 | HQA said these are HQA property on 3/19. We need HQA BOL/Packing list for confirmation. |  | HQA |  |  |  |  |  |  |  |  | - |  |
|  | ? | Small bar | 6? |  |  | HQA |  |  |  |  |  |  |  |  | - |  |
| 3/8/2021 | 447220 | 4140 6.75" X 2.75" | 2 | HQA said these SAC our property and sent us shipping documents on 3/19. |  | SAC | 5015 | T218060730001 | HU | 4140 125 | 6.75" X 2.75" | 2 | 4,224 | 0.96 | 4,055.04 | 3,446.78 |
|  | 447468 | 4140 6.75" X 2.75" | 2 |  |  | SAC | 5015 | T218060730002 | HU | 4140 125 | 6.75" X 2.75" | 2 | 4,039 | 0.96 | 3,877.44 | 3,295.82 |
| 3/10/2021 | 448486 | 4140 10" | 1 | HQA said these SAC our property and sent us shipping documents on 3/19. |  | SAC | 5017 | 12335/1 | DC | 4140 | 10.00I | 1 | 6,327 | 0.77 | 4,871.79 | 4,141.02 |
|  | 448059 | 4140 10" | 1 |  |  | SAC | 5017 | 12334 | DC | 4140 | 10.00I | 1 | 6,305 | 0.77 | 4,854.85 | 4,126.62 |
|  | 448071? | 4140 10" | 1 |  |  | SAC | 5017 | 12334/1 | DC | 4140 | 10.00I | 1 | 6,305 | 0.77 | 4,854.85 | 4,126.62 |
|  | ? | 10"? | 1 |  |  | SAC | 5017 | 12335 | DC | 4140 | 10.00I | 1 | 6,327 | 0.77 | 4,871.79 | 4,141.02 |
| 3/10/2021? | 449814 | 4130 16" | 1 | No picture. HQA said these are SAC property on 3/19. We need to confirm this shipment since we couldn't confirm the shipping picture on 3/10. | X | SAC | 5021 | 20180105-2-10 | QI | 4130 | 16.00I | 1 | 10,781 | 0.71 | 7,654.51 | 6,506.33 |
| 3/11/2021 | ? | Big bar | 2 | HQA said these are HQA property on 3/19. We need HQA BOL/Packing list for confirmation. |  | HQA |  |  |  |  |  |  |  |  | - |  |

|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  | ・・・Need to confirm |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  | ・・・HQA ID seems SAC property. |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  | ・・・SAC Property |  |  |  |  |  | as of Mar 21 |  |  |
| Shipped date | HQA ID | Item | Qty | Remark | Picture | Property | HQA BOL | SAC ID | Mill | Grade | Sie | Qty | LBS | Sale@ | Sales amount | Payment amount from HQA (Sales amount x 85%) |
| 3/11/2021 | 449681 | 4140 3.25" | 6 | HQA said these SAC our property and sent us shipping documents on 3/19. |  | SAC | 5027 | E18S3K13680005 | SG | 4140 | 03.25I | 6 | 3,955 | 0.72 | 2,847.60 | 2,420.46 |
|  | 449787 | 4140 3.25" | 8 |  |  | SAC | 5027 | E18S3K13680001 | SG | 4140 | 03.25I | 8 | 5,273 | 0.72 | 3,796.56 | 3,227.08 |
|  | 447795 | 4130M 12.75" X 1.25" | 1 |  |  | SAC | 5026 | T418091800001 | HU | 4130 | 12.75" X 1.25" | 1 | 4,533 | 1.01 | 4,578.33 | 3,891.58 |
|  | ? | Big bar | 2~3 | HQA said these are HQA property on 3/19. We need HQA BOL/Packing list for confirmation. |  | HQA |  |  |  |  |  |  |  |  | - |  |
| 3/12/2021 | 448066 | 4140 12" | 1 | HQA said these SAC our property and sent us shipping documents on 3/19. |  | SAC | 5024 | 12113 | DC | 4140 | 12.00I | 1 | 8,135 | 0.77 | 6,263.95 | 5,324.36 |
|  | ? | Big pipe | 3 | HQA said these are HQA property on 3/19. We need HQA BOL/Packing list for confirmation. |  | HQA |  |  |  |  |  |  |  |  | - |  |
|  | ? | Big bar | 1 |  |  | HQA |  |  |  |  |  |  |  |  | - |  |
|  | ? | Small bar | 6 |  |  | HQA |  |  |  |  |  |  |  |  | - |  |
| 3/16/2021 | ? | Big bar | 6~8 | No reply from HQA. We need to confirm if the items are HQA or SAC property. |  | ? |  |  |  |  |  |  |  |  | - |  |
| 3/16/2021 | 448274? | 4130 10" |  | No reply from HQA. We need to confirm if the items are HQA or SAC property. |  | SAC? |  | 12707 | DC | 4130 | 10.00I | 1 | 6,173 | 0.79 | 4,876.67 | 4,145.17 |
|  | ? | Big bar | 1 |  |  | ? |  |  |  |  |  |  |  |  | - |  |
| 3/17/2021 | 446334 | 4140 10" | 1 | HQA said these SAC our property and sent us shipping documents on 3/19. |  | SAC | 5046 | 1978228-01 | SD | 4140 | 10.00I | 1 | 4,572 | 0.78 | 3,566.16 | 3,031.24 |
|  | 446419 | 4140 10" | 1 |  |  | SAC | 5046 | 1972555-01 | SD | 4140 | 10.00I | 1 | 4,528 | 0.78 | 3,531.84 | 3,002.06 |

|   | | | | | | | | | · · · Need to confirm | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|   | | | | | | | | | · · · HQA ID seems SAC property. | | | | | | | |
|   | | | | | | | | | · · · SAC Property | | | | | | as of Mar 21 | |
| Shipped date | HQA ID | Item | Qty | Remark | Picture | Property | HQA BOL | SAC ID | Mill | Grade | Sie | Qty | LBS | Sale@ | Sales amount | Payment amount from HQA (Sales amount x 85%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/17/2021 | ? | Big bar | 2 | No reply from HQA. We need to confirm if the items are HQA or SAC property. |  | ? | | | | | | | | | - | |
| 3/18/2021 | ? | Small bar | 10 | No reply from HQA. We need to confirm if the items are HQA or SAC property. |  | ? | | | | | | | | | - | |
| 3/18/2021 | 450759? | 4130 12.5" | 1 | No reply from HQA. We might see the HQA ID of 450759 on the second bar from left. If so, it's SAC property. We need to confirm if this is HQA or SAC property. |  | SAC? | | 2075547-01 | SD | 4130 | 12.50l | 1 | 7,602 | 0.81 | 6,157.62 | 5,233.98 |
| | | Big bar | 2 | | | ? | | | | | | | | | | |
| | | Big pipe | 1 | No reply from HQA. We need to confirm if the items are HQA or SAC property. | | ? | | | | | | | | | | |
| | | Small bar | 3~4 | | | ? | | | | | | | | | | |
| | | | | | | | | | | | | | 283,627 | $ 235,159.56 | $ 199,885.63 | |