

Waller Lansden Dortch & Davis, LLP
100 Congress Avenue
Suite 1800
Austin, TX 78701

512.685.6400 main
512.685.6417 fax
wallerlaw.com

Mark C. Taylor
512.685.6404 direct
mark.taylor@wallerlaw.com

May 11, 2021

HyQuality Alloys, LLC  (via Certified Mail, RRR and First Class Mail)
32703 Tamina Road
Magnolia, Texas 77354

Magnolia Storage & Logistics, LLC  (via Certified Mail, RRR and First Class Mail)
32703 Tamina Road
Magnolia, Texas 77354

Jason and Sandra Fowler  (via Certified Mail, RRR and First Class Mail)
5823 S. Giddings Avenue
Hinsdale, Illinois 60521

Engineered Alloys, LLC  (via Certified Mail, RRR and First Class Mail)
3033 Alton Park Blvd.
Chattanooga, Tennessee 37410

Continuous Cast Alloys, LLC  (via Certified Mail, RRR and First Class Mail)
100 Quarry Road
Rochelle, Illinois 61068

JWF Group, Inc.  (via Certified Mail, RRR and First Class Mail)
c/o Jason Fowler
5823 S. Giddings Avenue
Hinsdale, Illinois 60521

Re: Promissory Note dated September 16, 2016, in the original principal amount of $750,000.00, in favor of TransPecos Banks, SSB secured by a Deed of Trust, recorded as Instrument No. 2016084390, Official Public Records, Montgomery County, Texas (collectively herein the "First Agreement"); and

U.S. Small Business Administration Note dated September 16, 2016, Loan Number 87695150-08, in the original principal amount of $3,829,000.00, in favor of TransPecos Banks, SSB, secured by a Deed of Trust, recorded as Instrument No. 2016084390, Official Public Records, Montgomery County, Texas (collectively herein the "Second Agreement").

To Whom It May Concern:

034126-08324/4818-4716-9513.1

Exhibit 2

  The undersigned represents TransPecos Banks, SSB, the Beneficiary of the Deed of Trust.

  Attached is a Notice of Trustee's Sale under the Deed of Trust. The sale is set for June 1, 2021. The sale is set for 10:00 or at any time within 3 hours thereafter.

  To obtain a payoff, you may contact the undersigned.

         Very truly yours,

         */s/ Mark C. Taylor*

         Mark C. Taylor

MCT:tlg

Enclosure

cc: Clients

# NOTICE OF SUBSTITUTE TRUSTEE'S SALE

STATE OF TEXAS §

COUNTY OF MONTGOMERY §

Pursuant to authority conferred upon me by that certain Deed of Trust executed by Magnolia Storage and Logistics, LLC and HyQuality Alloys, LLC, dated September 16, 2016, and duly recorded under document number 2016084390, Official Public Records of Montgomery County, Texas (the "Deed of Trust"), Mark Taylor or William Nix, III will, as Substitute Trustee under the Deed of Trust, in order to satisfy certain indebtedness owed to TransPecos Banks, SSB, a Texas state savings bank ("Lender"), secured by the Deed of Trust, and at the request of the holder of said indebtedness, default having been made in the payment thereof, sell on Tuesday, June 1, 2021 (that being the first Tuesday of said month), at public auction, to the highest bidder for cash, at the Commissioners Courtroom, 501 N. Thompson, 4th Floor, Suite 402, Conroe, Texas; if the Commissioners Courtroom is not available due to a county emergency, including the issuance of a state or local disaster declaration, the sale will take place on the Montgomery County Courthouse steps at 301 N. Main, Conroe, Texas, or at such location as designed by the County Commissioners, at 10:00 a.m. of that day or not later than three (3) hours after that time, the property described on *Exhibit A* attached hereto,

Because the Deed of Trust may cover both real and personal property, notice is hereby given of Lender's election to proceed as to both the real and personal property covered thereby in accordance with Lender's rights and remedies in respect of the real property, pursuant to Section 9.501(a) of the Texas Business and Commerce Code.

The address of the undersigned Substitute Trustee (or William Nix III) is 100 Congress Avenue, Suite 1800, Austin, Texas 78701.

**Assert and protect your rights as a member of the armed forces of the United States. If you are or your spouse is serving on active military duty, including active military duty as a member of the Texas National Guard or the National Guard of another state or as a member of a reserve component of the armed forces of the United States, please send written notice of the active duty military service to the sender of this notice immediately.**

025156-77606/4843-8123-7384.1

Executed as of May 10, 2021.

TRUSTEE

_____
Mark Taylor, Substitute Trustee

THE STATE OF TEXAS §
§
COUNTY OF TRAVIS §

This instrument was acknowledged before me on May 10, 2021 by Mark Taylor, Trustee, in the capacity therein stated.



_____
Notary Public in the State of Texas

TAMMY GREENBLUM
My Notary ID # 3227537
Expires April 14, 2023

025156-77606/4843-8123-7384.1

## Exhibit "A"

**Legal Description of Property Located at 32703 Tamina Road, Magnolia, Texas 77354**

Lots 29, 30, 31, 32, 33 and 34, in Block 1, of Westwood Two (2), a subdivision situated in the Dickinson Garrett Survey, A-225, Montgomery County, Texas, according to the map or plat thereof recorded in Cabinet B, Sheet 103-A of the Map Records of Montgomery County, Texas.