UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SHINSHO AMERICAN CORPORATION, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION H-20-577 |
| § | |
| HYQUALITY ALLOYS, LLC, § | |
| § | |
| *Defendant*. § | |

ORDER

By agreement of all parties, it is ORDERED that the scheduling order previously entered is amended as follows:

| | | |
|---|---|---|
| 1. | July 30, 2021 | **AMENDMENTS** to pleadings by the parties shall be made without motion by this date. Absent parties' agreement or court approval, answers may not be amended more than 20 days after amended claims or counterclaims are filed. Any amendments after this date must be accompanied by a motion. |
| 2. | October 4, 2021 | **EXPERT WITNESSES FOR PARTIES SEEKING AFFIRMATIVE RELIEF** shall be identified by a report listing the qualifications of each expert, each opinion the expert will present, and the basis for each opinion. |
| 3. | November 4, 2021 | **RESPONSIVE EXPERT WITNESS** shall be identified by a report listing the qualifications of each expert, each opinion the expert will present, and the basis for each opinion. |
| 4. | December 3, 2021 and February 18, 2022 | **WRITTEN DISCOVERY** must be completed by December 3, 2021. Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be requested under Federal Rules of Civil Procedure to respond until after the deadline. **DEPOSITIONS** must be completed by February 18, 2022. |
| 5. | December 10, 2021 | **MEDIATION/ADR** to be completed by this date or the parties shall file a report stating why Mediation/ADR is not appropriate. |
| 6. | December 17, 2021 | **DISPOSITIVE MOTIONS and ALL OTHER PRETRIAL MOTIONS** (including *Daubert/Kumho* motions, but not including others motions in limine) will be filed by this date. |
| 7. | March 18, 2022 | **JOINT PRETRIAL ORDER** shall be filed on or before this date. Plaintiff is responsible for timely filing the complete Joint Pretrial Order in the form set forth in the published Court Procedures. |

| 8. | March 25, 2022 | **OBJECTIONS** to exhibits and/or witnesses shall be filed on or before this date. |
| --- | --- | --- |
| 9. | April 29, 2022 | **DOCKET CALL** is held in Courtroom 9D starting at 10:00 a.m. on this date. (The Court will set this date) Absent parties' agreement or court approval, no documents filed within five (5) days before the Docket Call will be considered at Docket Call. |

Date  July 7, 2021

Gray H. Miller
Senior United States District Court Judge