United States District Court
Southern District of Texas

**ENTERED**

March 17, 2022

Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **SHINSHO AMERICAN CORPORATION,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 4:20-cv-00577** |
| | § | |
| **HYQUALITY ALLOYS,** | § | |
| | § | |
| *Defendant.* | § | |

**ORDER GRANTING AGREED MOTION TO EXTEND SUBMISSION**
**DEADLINE FOR JOINT PRE-TRIAL ORDER AND RELATED DEADLINE**

The Court has considered the Agreed Motion to Extend Submission Deadline for Joint Pre-Trial Order and Related Deadline (the "Motion"), the pleadings and all matters contained therein, and is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the Motion is hereby GRANTED.

IT IS FURTHER ORDERED that the following deadlines contained in the current scheduling order (Dkt. 77) are extended as follows:

Pre-Trial Order Deadline – April 1, 2022
Objections to Exhibits/Witnesses  -- April 15, 2022

Signed this 16th day of March, 2022.

_____
**UNITED STATES DISTRICT JUDGE**